

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Luis Hernandez, Jr.,

Vs. No. 11-22-00318-CR

The State of Texas,

\* From the 118th District Court
  of Howard County,
  Trial Court No. 16195.

\* February 15, 2024

\* Memorandum Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.